19431. ATLANTIC LOG & EXPORT CO. *v.* CENTRAL OF GA. RY. CO.
 19432. ATLANTIC TIE & TIMBER CO. *v.* GAY, receiver.
 19433. PIERPONT MANUFACTURING CO. *v.* GAY, receiver.
 19434. PIERPONT MFG. CO. *v.* SEABOARD AIR-LINE RY. CO.

JENKINS, P. J. Under the answers returned by the Supreme Court to the questions certified to it in these cases (171 *Ga.* 175, 155 S. E. 525), the court below properly held that each of the instant suits was proceeding under section 2640 of the Civil Code (1910), and was barred by the limitation fixed by that section.

*Judgment affirmed in each case. Stephens and Bell, JJ., concur.*

DECIDED OCTOBER 17, 1930.

*Charles E. Donnelly, Watkins, Asbill & Watkins,* for plaintiffs.
*T. M. Cunningham Jr., A. R. Lawton Jr., Hitch, Denmark & Lovett, Anderson, Cann & Cann,* for defendants.